**Motion Granted in Part; Reversed and Remanded and Memorandum Opinion filed March 19, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00813-CV

## GEORGE HOWARD GIBBS, Appellant
## V.
## SONYA HONG GIBBS, Appellee

## On Appeal from the 280th District Court
## Harris County, Texas
## Trial Court Cause No. 2012-43312

## M E M O R A N D U M    O P I N I O N

This is an appeal from a protective order signed August 1, 2012.  On March 7, 2013, the parties filed a joint motion to reverse the trial court's order and dismiss appellee's request for a protective order, in accordance with their settlement agreement.

The motion is granted in part. *See* Tex. R. App. P. 42.1(a)(2)(B).      Accordingly, the trial court's order is reversed and the cause remanded to the trial court for proceedings  in accordance with the agreement.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.